Verdeo Capital
4168 Douglas BLVD SUITE 200
GRANITE , CA 95746

22-23188

FILED

DEC -9 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TJOF

7

Creditors Matrix

Verdeo Capital
LOAN #VCG-12001
4168 DOUGLAS BLVD SUITE 200
GRANITE,CA